FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 29, 2021

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| TRAVIS P.,[1]<br><br>          Plaintiff,<br><br>vs.<br><br>KILOLO KIJAKAZI, ACTING COMMISSIONER OF SOCIAL SECURITY,[2]<br><br>          Defendant. | No. 1:20-cv-03172-MKD<br><br>**ORDER GRANTING STIPULATED MOTION FOR REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g)**<br><br>**ECF Nos. 18, 21** |

      Before the Court is the parties' Stipulated Motion for Remand, ECF No. 21, requesting remand of the above-captioned matter to the Commissioner for

---

[1] To protect the privacy of plaintiffs in social security cases, the undersigned identifies them by only their first names and the initial of their last names. *See* LCivR 5.2(c).

[2] Kilolo Kijakazi became the Acting Commissioner of Social Security on July 9, 2021. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Kilolo Kijakazi is substituted for Andrew M. Saul as the defendant in this suit. No further action need be taken to continue this suit. *See* 42 U.S.C. § 405(g).

ORDER - 1

additional administrative proceeding pursuant to sentence four of 42 U.S.C. § 405(g).  Attorney D. James Tree represents Plaintiff.  Attorney Lisa Goldoftas represents Defendant.  The parties have consented to proceed before a magistrate judge.  ECF No. 7.

After consideration, **IT IS HEREBY ORDERED** that:

1. The District Court Executive is directed to substitute Kilolo Kijakazi as the Defendant and update the docket sheet.

2. The parties' Stipulated Motion for Remand, **ECF No. 21**, is **GRANTED**.

3. The above-captioned case be **REVERSED** and **REMANDED** to the Commissioner of Social Security for further administrative proceeding pursuant to sentence four of 42 U.S.C. § 405(g).

The parties have stipulated to the following:

On remand, the Appeals Council will instruct the ALJ to:

- Offer Plaintiff the opportunity for a de novo hearing;
- Address the reopening issue and apply Acquiescence Ruling (AR) 97-4(9);
- Reevaluate the medical evidence and opinions of record, including the medical opinions of Leslie Postovoit, Ph.D., Steven Haney, M.D., Tasmyn Bowes, Psy.D., and James Irwin, M.D.;
- Reevaluate Plaintiff's severe and non-severe impairments;

ORDER - 2

- Reevaluate Plaintiff's residual functional capacity and symptom testimony;

- Continue the sequential evaluation process, obtaining vocational expert testimony as warranted;

- Take any further action needed to complete the administrative record; and

- Issue a new decision.

*See* ECF No. 21 at 2.

3. Judgment shall be entered for **PLAINTIFF**.

4. Plaintiff's Motion for Summary Judgment, **ECF No. 18**, is **STRICKEN AS MOOT**.

5. Upon proper presentation, this Court consider Plaintiff's application for fees and expenses under the Equal Access to Justice Act, 28 U.S.C. § 2412(d).

The District Court Executive is directed to enter this Order, **enter Judgment**, forward copies to counsel, and **CLOSE THE FILE**.

DATED October 29, 2021.

s/Mary K. Dimke
MARY K. DIMKE
UNITED STATES MAGISTRATE JUDGE

ORDER - 3